# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/3/2019__
```

# MEMO ENDORSED

December 2, 2019

**VIA ECF**

The Honorable Edgardo Ramos
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
40 Foley Square
New York, New York 10007

> The December 4 sentencing is adjourned to December 17, 2019, at 10:45 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __12/3/2019__
> New York, New York

Re: United States v. James Toner
   No. 17-cr-0569 (ER)

Dear Judge Ramos:

On behalf of Defendant James Toner, I respectfully request a brief adjournment of his sentencing hearing currently scheduled for Wednesday, December 4, 2019. Mr. Toner just retained me to replace Lee Vartan, Esq., his current counsel of record who may have developed a recent conflict of interest. I filed a notice of appearance today and will promptly file a substitution of counsel in compliance with Local Criminal Rule 1.2 and Local Civil Rule 1.4 for the Court's review and approval.

The government, through AUSA Olga Zverovich, consents to my request for a brief adjournment of Mr. Toner's sentencing hearing. Subject to the Court's schedule, we jointly propose a two-week adjournment to allow for the filing of the parties' respective sentencing memorandum. Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP

cc:   AUSA Olga Zverovich