# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**

T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  12/4/2019
```

# MEMO ENDORSED

December 4, 2019

**VIA ECF**

The Honorable Edgardo Ramos
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
40 Foley Square
New York, New York 10007

The application is __X__ granted

_____ denied

_____

Edgardo Ramos, U.S.D.J

Dated: ___12/4/2019___

New York, New York

### Re: United States v. James Toner
### No. 17-cr-0569-ER-3

Dear Judge Ramos:

On behalf of Defendant James Toner, I respectfully request leave to file and serve Mr. Toner's sentencing submission on Monday, December 9, 2019 in lieu of the Court's Sentencing Procedures outlined in Attachment B of its Individual Rules. On Tuesday, December 3, 2019, the undersigned filed a notice of appearance (dkt. 196). That day, the Court also granted the undersigned's letter motion for a two-week adjournment of the December 4, 2019 sentencing (dkt. 198) and rescheduled Mr. Toner's sentencing to Tuesday, December 17, 2019 at 10:45 a.m.

The government, through AUSA Olga Zverovich, consents to the request for leave to file a sentencing submission on Monday, December 9, 2019 and can file its sentencing submission by Friday, December 13, 2019. Thank you in advance.

Respectfully submitted,

/s/ Rodney Villazor

Rodney Villazor
Smith Villazor, LLP

cc:    AUSA Olga Zverovich