SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

**MEMO ENDORSED**

February 28, 2020

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United Stated v. James Toner, 17 CR 569 (ER)**

Dear Judge Ramos:

    On December 17, 2019, the Court sentenced defendant James Toner to 3 months' incarceration and a term of 3 years' supervised release (dkt. 210). The Court also recommended to the Bureau of Prisons (BOP) that Mr. Toner be designated to a facility near South Jersey and that Mr. Toner shall surrender at the institution designated by BOP before 2pm on March 17, 2020 (dkt. 210). To date, Mr. Toner has not received a BOP designation. Accordingly, we respectfully request a two-month adjournment of his March 17, 2020 surrender date or that he has two weeks to surrender to the BOP designated facility from the date he receives his BOP designation, whichever date is earlier.

    I have conferred with AUSA Olga Zverovich, and she has no objection.

Respectfully submitted,

Rodney Villazor, Esq.
**Smith Villazor LLP**

---

The application is __X__ granted
                       ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: Mar. 2, 2020
New York, New York