# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

# MEMO ENDORSED

May 20, 2020

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United Stated v. James Toner, 17 CR 569 (ER)**

Dear Judge Ramos:

On March 2, 2020, the Court granted defendant James Toner's request for a two-month adjournment of his March 17, 2020 surrender date or that he has two weeks to surrender to the BOP designated facility from the date he receives his BOP designation, whichever date is earlier (dkt. 2-5). My understanding is that Mr. Toner has not yet received his BOP designation. In light of the current COVID-19 pandemic, we respectfully request an additional two-month adjournment of his surrender date to a BOP facility.

I have conferred with AUSA Michael McGinnis, and he has no objection.

Respectfully submitted,

Rodney Villazor, Esq.
**Smith Villazor LLP**

Mr. Toner's surrender date is extended to July 17, 2020.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 5/22/2020
New York, New York