# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T 212 582 4400
D 212 377 0852
rodney.villazor@smithvillazor.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  7/13/2020

July 10, 2020

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: United Stated v. James Toner, 17 CR 569 (ER)

Dear Judge Ramos:

On May 22, 2020, the Court granted defendant James Toner's request for an adjournment of his surrender to Brooklyn MDC to July 17, 2020 (dkt. 235). Due to the ongoing COVID-19 pandemic and the recent hospitalization of his spouse, Mr. Toner respectfully requests a 90-day adjournment of his surrender date to October 17, 2020.

I have conferred with AUSA Olga Zverovich, and she has no objection.

Respectfully submitted,

/s/

Rodney Villazor, Esq.
**Smith Villazor LLP**

---

Mr. Toner shall now surrender at the institution designated by the BOP on October 17, 2020.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  7/13/2020
New York, New York