

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2021

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Mr. Toner's surrender date is hereby extended to April 19, 2021.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  1/21/2021
> New York, New York

    **Re:** *United States* **v.** *James Toner*, **17 Cr. 569 (ER)**

Dear Judge Ramos:

    The Government writes regarding defendant James Toner's *pro se* motion to extend his surrender date. (Dkt. No. 260). The Government consents to an additional 3 month extension of the date of surrender.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:       /s/
    Olga I. Zverovich/Michael McGinnis
    Assistant United States Attorneys
    (212) 637-2514/2305

cc:    James Toner (through counsel)